# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLIAM HARRIS,

      Plaintiff,

v.     Case No:   6:22-cv-1310-LHP

COMMISSIONER OF SOCIAL SECURITY,

      Defendant

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REMAND OF THE CAUSE TO DEFENDANT (Doc. No. 15)
>
> **FILED:** November 29, 2022
>
> ─────────────────────────────────
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 14–17.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Commissioner will: (1) update the administrative record; (2) if necessary, re-evaluate Plaintiff's residual functional capacity; (3) obtain supplemental evidence from a vocational expert; (4) offer Plaintiff an opportunity for a hearing; and (5) issue a new decision.

Doc. No. 15.   Plaintiff does not oppose the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 15) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties